No. 71–6195.  HAYES *v.* CADY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 71–6198.  OLBROT *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 71–6199.  McDANIEL *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–6200.  AVILA-DIAZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6201.  WOLFSON ET AL. *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 71–6202.  ARMSTRONG *v.* UNITED STATES.  Ct. Cl. Certiorari denied.

No. 71–6203.  TOMLIN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6205.  POKRAS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–6206.  KENNEDY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6207.  BARAN *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–6208.  McWILLIAMS *v.* UNITED STATES; and No. 71–6217.  BERKLEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–6212.  STRAUSS ET AL. *v.* DADE COUNTY.  Sup. Ct. Fla.  Certiorari denied.